IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUNS, et al.<br><br>       Plaintiffs,<br><br>  v.<br><br>USAA, et al.<br><br>       Defendants. | CIVIL ACTION NO. 1:20-CV-00501-RCL |

**<u>DEFENDANT USAA'S AMENDED MOTION TO DISMISS PURSUANT<br>TO FEDERAL RULES OF CIVIL PROCEDURE 8, 12(b)(5) AND 12(b)(6)</u>**

Defendant United Services Automobile Association ("USAA"), by and through its undersigned counsel, hereby files this Amended Motion to Dismiss, amending its initial Motion to Dismiss, filed on March 27, 2020 [DE 28], to include Rule 12(b)(5) of the Federal Rules of Civil Procedure as an additional ground for dismissal because Plaintiff failed to properly serve USAA pursuant to Rule 4 of the Federal Rules of Civil Procedure, and moves to dismiss with prejudice Plaintiffs Jenny and Jeremy Bruns' Complaint against it pursuant to Rules 8, 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure.

More specifically, Plaintiffs personally mailed the summons and complaint to USAA's registered agent in violation of Rule 4(c)(2) of the Federal Rules of Civil Procedure. At the time it filed its original Motion to Dismiss, USAA was unaware that Plaintiffs had attempted to serve it with process or that this ground for dismissal existed.

For the reasons discussed in the Statement of Points and Authorities in Support of USAA's Amended Motion to Dismiss filed contemporaneously with this Motion, USAA requests that the Court grant its Amended Motion to Dismiss and dismiss the claims asserted by Plaintiffs against it with prejudice.

Respectfully submitted,

*/s/ Thomas P. Bernier*
Thomas P. Bernier, DC Bar # 396117
Jessica P. Butkera, DC Bar # 989329
Goldberg Segalla, LLP
111 S. Calvert Street, Suite 2000
Baltimore, Maryland 21202
Telephone: (443) 615-7500
Facsimile: (443) 615-7599
tbernier@goldbergsegalla.com
jbutkera@goldbergsegalla.com

*Attorneys for Defendant*
*United Services Automobile Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic filing (NEF). Service was also made by United States mail, postage prepaid thereon, and addressed as follows:

Jenny Bruns
1345 S. Capital St. SW #722
Washington, DC 20003
Plaintiff, *pro se*

Jeremy Bruns
1345 S. Capital St. SW #722
Washington, DC 20003
Plaintiff, *pro se*

    Respectfully submitted,

    */s/ Thomas P. Bernier*
    Thomas P. Bernier, DC Bar # 396117
    Jessica P. Butkera, DC Bar # 989329
    Goldberg Segalla, LLP
    111 S. Calvert Street, Suite 2000
    Baltimore, Maryland 21202
    Telephone: (443) 615-7500
    Facsimile: (443) 615-7599
    tbernier@goldbergsegalla.com
    jbutkera@goldbergsegalla.com

    *Attorneys for Defendant*
    *United Services Automobile Association*